Adam B. Nach – 013622
Kristofer R. McDonald – 033239
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: kristofer.mcdonald@lane-nach.com

*Attorneys for Stanley J. Kartchner, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GARY WAYNE BAKER aka GARY W. BAKER,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 4:20-bk-10158-SHG<br><br>**TRUSTEE'S THIRD MOTION TO EXTEND THE AUTOMATIC STAY**<br><br>**11 U.S.C. §362(h)(2)** |

Stanley J. Kartchner, Chapter 7 Trustee, by and through his attorneys undersigned, herein moves for a third Order extending the automatic stay as to certain personal property of the Estate. In support of this Motion, Trustee, respectfully represents as follows:

1. Gary Wayne Baker ("**Debtor**") filed his voluntary petition under Chapter 7 of Title 11, United States Code, on September 8, 2020 ("**Petition Date**").

2. Stanley J. Kartchner is the duly qualified and acting Chapter 7 Case Trustee herein ("**Trustee**").

3. The §341(a) first meeting of creditors was held on October 13, 2020.

4. Debtor disclosed an ownership interest in a 2020 Nissan (hereinafter "**Vehicle**").

5. Pursuant to Order dated March 8, 2021 [Dkt. 46], certain personal property subject to liens, including the Vehicle, will no longer be property of the bankruptcy estate if Debtor fails to state his intentions as set forth in 11 U.S.C. §521(a)(2)(A), or if Debtor fails to reaffirm the obligation as set forth under 11 U.S.C. §521(a)(2)(B) by May 11, 2021.

6. The Trustee is investigating if the lien on the Vehicle is avoidable and is awaiting

documentation from the Arizona MVD accordingly.

7. In the event the lien as to the Vehicle is avoided by the Trustee, the Trustee believes there will be equity in this asset for the benefit of creditors of the Estate.

8. The Trustee hereby moves the Court to enter an Order extending the automatic stay for a period of ninety (90) days as to the Vehicle to allow the Trustee time to obtain and analyze the records from the MVD, and if appropriate, commence an adversary action to avoid the lien.

9. Should the lien not be avoided, the Trustee may seek to modify or withdraw the extension.

10. This is Trustee's third request for an extension of the automatic stay.

WHEREFORE, Stanley J. Kartchner, Trustee, respectfully requests that this Court make and enter its Order extending the automatic stay for a period of ninety (90) days or until August 9, 2021 and the effect of the termination thereof as set forth under 11 U.S.C. §362(h)(2), and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 10th day of May, 2021.

                                 **LANE & NACH, P.C.**

                                 By: */s/ Adam B. Nach - 013622*
                                        Adam B. Nach
                                        Kristofer R. McDonald
                                        *Attorneys for Trustee*

| | |
|---|---|
| 1 | COPY of the foregoing delivered<br>via electronic mail to: |
| 2 | |
| 3 | Sidney Wolitzky<br>Law Offices of Sidney F. Wolitzky<br>70 West Franklin St. |
| 4 | Tucson, AZ 85701<br>Email: swolit9424@msn.com |
| 5 | *Attorney for Debtor* |
| 6 | Office of U.S. Trustee<br>230 North First Avenue |
| 7 | Phoenix, AZ 85003<br>Email: Renee.S.Shamblin@usdoj.gov |
| 8 | Email: ustpregion14.px.ecf@usdoj.gov |
| 9 | By: */s/ Debbie McKernan* |