THIS ORDER IS APPROVED.

Dated: June 15, 2021

Scott H. Gan, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GARY WAYNE BAKER aka GARY W. BAKER,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 4:20-bk-10158-SHG<br><br>**ORDER APPROVING TRUSTEE'S THIRD MOTION TO EXTEND THE AUTOMATIC STAY** |

Stanley J. Kartchner, Chapter 7 Trustee ("**Trustee**") having filed his *Third Motion to Extend the Automatic Stay* [Dkt. 47] ("**Motion**") and after notice and opportunity for objection, and no objections having been received, and good cause appearing therefor;

**IT IS HEREBY ORDERED** approving Trustee's Motion and extending the stay for a period of ninety (90) days, through and including August 9, 2021.

## DATED AND SIGNED ABOVE